**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SAVANNAH PARTIPILO,

 Plaintiff,

v.            CASE NO. 3:17cv549-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

 Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 13, 2018. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Commissioner's decision is set aside and the matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

3. The clerk is directed to enter judgment in favor of plaintiff and close the file.

**DONE AND ORDERED** this 20th day of September 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**