UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAVANNAH PARTIPILO,

    Plaintiff,

v.                                                            CASE NO. 3:17cv549-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 14, 2019. ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act (docs. 19, 20) is **GRANTED**. Plaintiff is awarded attorney's fees and expenses in the amount of $6,544.63, to be paid by defendant Commissioner within a reasonable time. The Commissioner shall send payment to plaintiff's counsel's office address. The Commissioner shall follow *Astrue v. Ratliff*, 560 U.S. 586 (2010), but make prompt payment to plaintiff's counsel if no outstanding federal debt is due.

**DONE AND ORDERED** this 11th day of February 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**